Aylin Gaughan
160 Manhattan Avenue – 6A
New York, New York 10025
Ph: (646) 957-2062
Email: ag10021@gmail.com

September 17, 2024

Honorable Justice Laura Taylor Swain
United States Federal Court
Southern District of New York
500 Pearl Street
Courtroom 17C
New York, New York 10007

Re:    1:24-cv-04119-LTS Gaughan v. Barounis et al.

Dear Honorable Justice Swain:

I am the *Pro Se*, Plaintiff in the above-entitled action.

On July 17, 2024, my application to proceed *in forma pauperis* was granted (ECF doc. 6). It was my understanding (perhaps mistakenly so) that when the application was granted the Court issues an order to effectuate service upon the defendants.

To date, there has been no such order to the best of my knowledge and on September 6, 2024, Defendants WGCZ, S.R.O., Malorie Deborah Pacaud and Stephane Michael Pacaud were served.

I have attached hereto, the affidavits of service for the above referenced defendants.

Thank you for your time and attention to this matter.

Respectfully submitted,

Aylin Gaughan