UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AYLIN GAUGHAN

PLAINTIFF

-against-

STEPHEN G. BAROUNIS IN HIS PERSONAL AND PROFFESSIONAL

CAPACITY TAX ID 956414;

CITY OF NEW YORK;

KATHERINE VIERA, a/k/a KATHERINE VIERA OSPINA,

a/k/a KATHERINE VIERA OSINA, a/k/a KATHERINE BAROUNIS;

WGCZ, S.R.O., a foreign corporation, individually and d/b/a XVIDEOS.COM,

XVIDEOSDAILY.COM and

XVIDEOSTODAY.NET;

STEPHANE MICHAEL PACAUD, an individual;

MALORIE DEBORAH PACAUD, an individual;

Defendant John and Jane Does 1-50

DEFENDANTS.

-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No. 1:24-cv-04119-LTS

Gilberto Hernandez being duly sworn, deposes and say:

I am not a party to this action, I am over 18 years of age, and I reside in New York State.

On September 6, 2024, I served the within Summons and Complaint, by depositing a true copy thereof, enclosed in a post-paid wrapper in an official depository under the exclusive custody and care of the United States Postal Service (international priority mail), within New York State, addressed to Stephane Michael Pacaud, at address Praha 1 -Nove Mesto Krakovska 1366/25 P.S.C. 11000 Czech Republic/Krakovska 1366/25 Praha 1 Nove Mesto Praha Hlvani Mesto Praha 1100 Czechia.

Dated: New York, New York
September 6, 2024

Gilberto Hernandez