UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYLIN GAUGHAN,

                Plaintiff,

– against –

STEPHEN G. BAROUNIS, KATHERINE VIERA a/k/a KATHERINE VIERA OSPINA, a/k/a KATHERINE VIERA OSINA, a/k/a KATHERINE BAROUNIS, STEPHANE MICHAEL PACAUD, MALORIE DEBORAH PECAUD, CITY OF NEW YORK, WGCZ, S.R.O., *and* JOHN and JANE DOES 1-50,

                Defendants.

**ORDER**

24-cv-04119 (ER)

RAMOS, D.J.:

    On consent of the parties, the instant case is stayed pending resolution of a related state court action. *Aylin Gaughan v. Stephen G. Barounis, et al.*, Index No. 154203/2024 (N.Y. Sup. Ct., N.Y. Cnty.).

    The Clerk of Court is respectfully directed to stay the case. The parties are directed to provide a joint status report within 48 hours of resolution of the state court action.

It is SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                          EDGARDO RAMOS, U.S.D.J.